EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

CHRIS A. THOMAS        #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 16 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 03-00361 HG |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1) (b)(1)(A), and 846 |
| CARLOS PAGAN, (01) and ANGELA MARIE MALO, (02) | 18 U.S.C. § 2] |
| Defendants. | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about May 1, 2003, to and including July 1, 2003, in the District of Hawaii, and elsewhere,

**CARLOS PAGAN**
and
**ANGELA MARIE MALO**

defendants herein, did willfully and unlawfully conspire together with each other and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute, in excess of fifty (50) grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to possess for distribution methamphetamine in Hawaii.

### OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. On or about May, 2003, ANGELA MARIE MALO boarded an American Airlines flight to California with a large of amount of one hundred dollar bills in her possession that she received from CARLOS PAGAN.

2. In or about May, 2003, ANGELA MARIE MALO returned to Kona, Hawaii from California with a package of narcotics that was given to CARLOS PAGAN.

3. In or about May, 2003, CARLOS PAGAN paid to ANGELA MARIE MALO $1,000 for transporting money to California and returning with narcotics.

4.  On or about June 25, 2003, ANGELA MARIE MALO boarded an American Airlines flight to California with a large of amount of one hundred dollar bills in her possession that she received from CARLOS PAGAN.

5.  On June 30, 2003, ANGELA MARIE MALO returned from California to Kona, Hawaii and carried approximately 473 grams of methamphetamine on her person for delivery to CARLOS PAGAN.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2:

The Grand Jury further charges that:

From on or about June 25, 2003, to and including July 1, 2003, within the District of Hawaii, **CARLOS PAGAN** and **ANGELA MARIE MALO**, did knowingly and intentionally possess with intent to distribute, in excess of 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code, Section 2.

### COUNT 3:

The Grand Jury further charges that:

On or about July 2, 2003, in the District of Hawaii, the defendant, **CARLOS PAGAN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year did

knowingly possess in and affecting commerce, one (1) round 40 caliber S&W ammunition, one (1) 380 caliber auto W-W ammunition, one (1) 38 caliber SPL +P, and eight (8) rounds 38 caliber SPL IMI ammunition, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

DATED: July 16, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney


U.S. v. Carlos Pagan, et al.
"Indictment"
Cr. No.