

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 1 2006

at __10__ o'clock and ____min.___M
SUE BEITIA, CLERK

CARLOS M PAGAN,                    )
           Petitioner             )
                                  )    Case NO. CR 03-00493HG
v.                                )    Case NO. CR 03-00361HG
                                  )
                                  )
UNITED STATES OF AMERICA,         )
           Respondent             )
                                  )

---

### MOTION FOR RECORD

---

COMES NOW the petitioner Carlos M Pagan; Proceeding Pro-se and respectfully moves the court to provided records, in order to prepare his certificate of critiera to the supreme court and/or to prepare his §2255.

1.) The petitioner needs the record to call into question the action of his attorneys inexcusable neglect of the record before the court.

2.) That on it's fase; The record before the court is in error and indecates that the court lacks suject matter jurdiction over the case an petition.

3.) Additionally; The record indecates that the petitioner's indictment was filed in violation of federal law. And the rules of civil procedure 28 U.S.C.§753.

4.) The issues petitioner seeks to present to the court are for review are all issues related to violation of his constitutional right.

-1-

WHEREFORE, petitioner respectfully requests this HONORABLE COURT
to grant his motion.


Respectfully submitted

Carlos M Pagan,
reg:89297-022
USP Leavenworth
P.O.BOX 1000
Leavenworth KS, 66048

## CERTIFICATE OF SERVICE

I hereby certify that on  5-1-06                I mailed a copy of

(date)

the Certificate of Appealability:

to  Walter A.Y.H.Chinn.District   , at  Clerk 300 Ala Moana Blvd,

 C-338 P.O.BOX 50129 Honolulu,HI   , the last known address.
96850

 5-2-06                    Carlos M.Pagan

Date                         Signature

C Pierce, Case Manager

AUTHORIZED BY THE ACT OF
JULY 7, 1955 TO ADMINISTER
OATHS (18 USC, 4004)

5-2-06

Carlos N Friehn
reg# 89297-022
USP Leavenworth
P.O. Box 1000
Leavenworth KS, 66048

4: ROOK KANSAS CITY METRO AREA 640-66; MAY 4 2006

(legal mail)

P.O. BOX 1000
LEAVENWORTH KANSAS 66048
DATE MAY 0 3 2006

The enclosed letter was processed
through special mailing procedures for
forwarding to you. The letter has
neither been opened nor inspected. If the
writer raises a question or problem over
which this facility has jurisdiction, you
may wish to return the material for
further information or clarification. If the
writer encloses correspondence for
forwarding to another addressee, please
return the enclosure to the above address.

HAWAII) HON. JUDGE Gilmon
WALTER A. Y. H. CHINN,
DISTRICT CLERK 300 ALA MOANA BLVD.
C-338 P.O. BOX 50129 HONOLULU HI